# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                         §
                                               §
REINTS, JOHN V.                                §        Case No. 09-49149
REINTS, JANELLE C.                             §
                                               §
                                               §
_____Debtor(s)_____                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GMAC Payment Processing Center POB 9001952 Louisville, KY 40290-1952 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Payment Processing Center POB 9001952 Louisville, KY 40290-1952 | | | | | |
| | Harris NA - CLC Servicing Dept. D POB 5043 Rolling Meadows, IL 60008 | | | | | |
| | Harris NA POB 6201 Carol Stream, IL 60197-6201 | | | | | |
| | Wachovia Bank, NA POB 530554 Atlanta, GA 30353-0554 | | | | | |
| | Wachovia Bank, NA POB 96074 Charlotte, NC 28296-0074 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|----------------|-------------|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| Thomas E. Springer | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas E. Springer | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kane County Treasurer David J. Rickert POB 4025 Geneva, IL 60134-4025 | | | | | |
| | Sarasota County Tax Collector Barbara Ford-Coates 101 S. Washington Blvd. Sarasota, FL 34236 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Education Services<br>Harrisburg, PA 17130-0001 | | | | | |
| | American Education Services<br>Harrisburg, PA 17130-0001 | | | | | |
| | American Express Box 0001<br>Los Angeles, CA 90096-0001 | | | | | |
| | Bank of America POB 851001<br>Dallas, TX 75285-1001 | | | | | |
| | Bank of America POB 851001<br>Dallas, TX 75285-1001 | | | | | |
| | Bank of America POB 851001<br>Dallas, TX 75285-1001 | | | | | |
| | Bank of America POB 851001<br>Dallas, TX 75285-1001 | | | | | |
| | Bank of America POB 851001<br>Dallas, TX 75285-1001 | | | | | |
| | Bank of America POB 851001<br>Dallas, TX 75285-1001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services POB 659409 San Antonio, TX 78265 | | | | | |
| | Chase Card Services POB 659409 San Antonio, TX 78265 | | | | | |
| | HSBC Card Services POB 37281 Baltimore, MD 21297-3281 | | | | | |
| | Sikich 998 Corporate Blvd. Aurora, IL 60502 | | | | | |
| | US Bank POB 790408 Saint Louis, MO 63179-0408 | | | | | |
| 6 | Aes Keystone Rwrds | | | | | |
| 5 | Ncb/Pnc | | | | | |
| 7 | Pheaa Conduit-Ambac | | | | | |
| 9 | Sarasota County Tax Collector | | | | | |
| 8 | U.S. Bank N.A. | | | | | |
| 3 | American Express Bank, Fsb | | | | | |
| 1 | Chase Bank Usa, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 12 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 13 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 14 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 15 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 4 | American Express Bank, Fsb | | | | | |
| 2 | Chase Bank Usa, N.A. | | | | | |
| 11 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| Case No: | 09-49149 | CAD   Judge: Carol A. Doyle | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | REINTS, JOHN V. | | | Date Filed (f) or Converted (c): | 12/30/09 (f) |
| | REINTS, JANELLE C. | | | 341(a) Meeting Date: | 01/22/10 |
| For Period Ending: | 03/11/14 | | | Claims Bar Date: | 05/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residence:<br>    1655 Hampton Course<br>    St. Charles, IL  60174 | 495,000.00 | 0.00 | | 0.00 | FA |
| 2. 1900 Benjamin Franklin Dr.<br>    Unit 202A<br>    LidoHarbour, FL  34236 | 395,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 300.00 | 0.00 | | 0.00 | FA |
| 4. Checking, Harris, St. Charles, IL | 100.00 | 0.00 | | 0.00 | FA |
| 5. Checking, 5th 3rd, St. Charles | 100.00 | 0.00 | | 0.00 | FA |
| 6. Checking, Park National, St. Charles, IL | 100.00 | 0.00 | | 0.00 | FA |
| 7. (1/2) ordinary contents of 5 bedroom home | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. (1/2) ordinary contents of 2 bedroom condo | 300.00 | 0.00 | | 0.00 | FA |
| 9. 2 adults | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. Fur coat, wedding rings | 500.00 | 0.00 | | 0.00 | FA |
| 11. 3 hand guns | 300.00 | 0.00 | | 0.00 | FA |
| 12. Cash value remaining | 4,000.00 | 0.00 | | 0.00 | FA |
| 13. IRA (2) | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. Commodity Acct. | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. Patent | 100.00 | 0.00 | | 0.00 | FA |
| 16. 2006 Yukon Denali | 16,000.00 | 0.00 | | 0.00 | FA |
| 17. 2005 Lexus 330 RX | 13,500.00 | 5,000.00 | | 5,000.00 | FA |
| 18. 2002 Olds Bravada | 1,500.00 | 0.00 | | 0.00 | FA |
| 19. Computers (2), Printer | 100.00 | 0.00 | | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.27 | Unknown |
| 21. Capital One Preference (u) | 1,927.69 | 1,927.69 | | 1,927.69 | FA |
| 22. Preference-Barclay Bank (u) | 7,662.96 | 7,662.96 | | 5,500.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No:      09-49149      CAD   Judge: Carol A. Doyle | Trustee Name:      THOMAS E. SPRINGER, TRUSTEE |
| Case Name:   REINTS, JOHN V. | Date Filed (f) or Converted (c):   12/30/09 (f) |
| REINTS, JANELLE C. | 341(a) Meeting Date:   01/22/10 |
| | Claims Bar Date:   05/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Judgment entered in preference adversary on 8/5/10 for $7,662.96. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $945,190.65 | $14,590.65 | | $12,430.96 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file objections thereto if necessary.  After any claims objections are resolved, the Final

Report will be submitted.

Initial Projected Date of Final Report (TFR): 08/15/11      Current Projected Date of Final Report (TFR): 02/02/13

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-49149  -CAD |
| Case Name: | REINTS, JOHN V. |
| | REINTS, JANELLE C. |
| Taxpayer ID No: | *******0546 |
| For Period Ending: | 03/11/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9338  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 12,273.56 | | 12,273.56 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.81 | 12,266.75 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.82 | 12,258.93 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.56 | 12,251.37 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.80 | 12,243.57 |
| 04/23/13 | 100000 | THOMAS E. SPRINGER, TRUSTEE | Chapter 7 Compensation/Expense | 2100-000 | | 1,993.10 | 10,250.47 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL  60187 | | | | | |
| 04/23/13 | 100001 | CLERK OF THE U.S. BANKRUPTCY COURT | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 10,000.47 |
| | | 219 S. DEARBORN STREET | | | | | |
| | | CHICAGO, IL 60604 | | | | | |
| | | Attn:  Fiscal Department | | | | | |
| 04/23/13 | 100002 | Thomas E. Springer | Attorney for Trustee Fees (Trustee | | | 6,599.01 | 3,401.46 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL  60187 | | | | | |
| | | | Fees          6,480.00 | 3110-000 | | | |
| | | | Expenses       119.01 | 3120-000 | | | |
| 04/23/13 | 100003 | NCB/PNC | Claim 5, Payment 1.85006% | 7100-000 | | 230.36 | 3,171.10 |
| | | AES/DDB | | | | | |
| | | PO BOX 8183 | | | | | |
| | | HARRISBURG PA 17102-9972 | | | | | |
| 04/23/13 | 100004 | AES Keystone RWRDS | Claim 6, Payment 1.85008% | 7100-000 | | 427.81 | 2,743.29 |
| | | AES/DDB | | | | | |
| | | P O Box 8183 | | | | | |
| | | Harrisburg, PA 17102-9972 | | | | | |
| 04/23/13 | 100005 | PHEAA Conduit-AMBAC | Claim 7, Payment 1.84999% | 7100-000 | | 150.94 | 2,592.35 |

| | | | Page Subtotals | 12,273.56 | 9,681.21 | |
|---|---|---|---|---|---|---|

Ver: 17.05

FORM 2                                                                                                      Page:   2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                           Exhibit 9

| | |
|---|---|
| Case No: | 09-49149  -CAD |
| Case Name: | REINTS, JOHN V. |
| | REINTS, JANELLE C. |
| Taxpayer ID No: | *******0546 |
| For Period Ending: | 03/11/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9338  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | AES/DDB | | | | | |
| | | P O Box 8183 | | | | | |
| | | Harrisburg, PA 17102-9972 | | | | | |
| 04/23/13 | 100006 | U.S. Bank N.A. | Claim 8, Payment 1.85006% | 7100-000 | | 590.13 | 2,002.22 |
| | | P.O. Box 5229 | | | | | |
| | | Cincinnati, OH 45201 | | | | | |
| * 04/23/13 | 100007 | Sarasota County Tax Collector | Claim 9, Payment 1.85003% | 7100-003 | | 117.80 | 1,884.42 |
| | | Barbara Ford-Coates | | | | | |
| | | 101 S. Washington Blvd. | | | | | |
| | | Sarasota, FL 34236 | | | | | |
| 04/23/13 | 100008 | Chase Bank USA, N.A. | Claim 1, Payment 1.85006% | 7100-900 | | 227.91 | 1,656.51 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 04/23/13 | 100009 | Fia Card Services, NA/Bank of America | Claim 10, Payment 1.85007% | 7100-900 | | 219.21 | 1,437.30 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 04/23/13 | 100010 | Fia Card Services, NA/Bank of America | Claim 11, Payment 1.85009% | 7100-900 | | 72.07 | 1,365.23 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 04/23/13 | 100011 | Fia Card Services, NA/Bank of America | Claim 12, Payment 1.85011% | 7100-900 | | 161.91 | 1,203.32 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 04/23/13 | 100012 | Fia Card Services, NA/Bank of America | Claim 13, Payment 1.85007% | 7100-900 | | 233.71 | 969.61 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 04/23/13 | 100013 | Fia Card Services, NA/Bank of America | Claim 14, Payment 1.85002% | 7100-900 | | 223.48 | 746.13 |

|  | Page Subtotals | 0.00 | 1,846.22 |
|---|---|---|---|

Ver: 17.05

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-49149  -CAD |
|---|---|
| Case Name: | REINTS, JOHN V. |
| | REINTS, JANELLE C. |
| Taxpayer ID No: | *******0546 |
| For Period Ending: | 03/11/14 |

| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9338  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | | | | | |
| 04/23/13 | 100014 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 15, Payment 1.85002% | 7100-900 | | 157.07 | 589.06 |
| 04/23/13 | 100015 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 2, Payment 1.85016% | 7100-900 | | 78.52 | 510.54 |
| 04/23/13 | 100016 | American Express Bank, FSB c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 3, Payment 1.85007% | 7100-900 | | 508.00 | 2.54 |
| 04/23/13 | 100017 | CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET CHICAGO, IL 60604 Attn:  Fiscal Department | Claim 4, Payment 1.84432% American Express Bank, FSB Becket and Lee LLP Attorneys/Agent for Creditor POB 3001 Malvern, PA 19355-0701 | 7100-900 | | 2.54 | 0.00 |
| * 12/10/13 | 100007 | Sarasota County Tax Collector Barbara Ford-Coates 101 S. Washington Blvd. Sarasota, FL 34236 | Claim 9, Payment 1.85003% | 7100-003 | | -117.80 | 117.80 |
| 12/10/13 | 100018 | NCB/PNC AES/DDB PO BOX 8183 HARRISBURG PA 17102-9972 | Claim 5, Payment 0.06634% | 7100-000 | | 8.26 | 109.54 |
| 12/10/13 | 100019 | AES Keystone RWRDS AES/DDB | Claim 6, Payment 0.06638% | 7100-000 | | 15.35 | 94.19 |

Page Subtotals          0.00          651.94

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2                                                                                                Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                    Exhibit 9

| Case No: | 09-49149  -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REINTS, JOHN V. | Bank Name: | ASSOCIATED BANK |
| | REINTS, JANELLE C. | Account Number / CD #: | *******9338  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0546 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P O Box 8183 | | | | |
| | | Harrisburg, PA 17102-9972 | | | | |
| 12/10/13 | 100020 | PHEAA Conduit-AMBAC | Claim 7, Payment 0.06643% | 7100-000 | | 5.42 | 88.77 |
| | | AES/DDB | | | | |
| | | P O Box 8183 | | | | |
| | | Harrisburg, PA 17102-9972 | | | | |
| 12/10/13 | 100021 | U.S. Bank N.A. | Claim 8, Payment 0.06637% | 7100-000 | | 21.17 | 67.60 |
| | | P.O. Box 5229 | | | | |
| | | Cincinnati, OH 45201 | | | | |
| 12/10/13 | 100022 | Chase Bank USA, N.A. | Claim 1, Payment 0.06640% | 7100-900 | | 8.18 | 59.42 |
| | | PO Box 15145 | | | | |
| | | Wilmington, DE 19850-5145 | | | | |
| 12/10/13 | 100023 | Fia Card Services, NA/Bank of America | Claim 10, Payment 0.06634% | 7100-900 | | 7.86 | 51.56 |
| | | by American Infosource Lp As Its Agent | | | | |
| | | PO Box 248809 | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | |
| 12/10/13 | 100024 | Fia Card Services, NA/Bank of America | Claim 12, Payment 0.06628% | 7100-900 | | 5.80 | 45.76 |
| | | by American Infosource Lp As Its Agent | | | | |
| | | PO Box 248809 | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | |
| 12/10/13 | 100025 | Fia Card Services, NA/Bank of America | Claim 13, Payment 0.06634% | 7100-900 | | 8.38 | 37.38 |
| | | by American Infosource Lp As Its Agent | | | | |
| | | PO Box 248809 | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | |
| 12/10/13 | 100026 | Fia Card Services, NA/Bank of America | Claim 14, Payment 0.06647% | 7100-900 | | 8.03 | 29.35 |
| | | by American Infosource Lp As Its Agent | | | | |
| | | PO Box 248809 | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | |
| 12/10/13 | 100027 | Fia Card Services, NA/Bank of America | Claim 15, Payment 0.06643% | 7100-900 | | 5.64 | 23.71 |
| | | by American Infosource Lp As Its Agent | | | | |

|  | Page Subtotals | 0.00 | 70.48 |

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-49149  -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REINTS, JOHN V. | Bank Name: | ASSOCIATED BANK |
| | REINTS, JANELLE C. | Account Number / CD #: | *******9338  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0546 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/10/13 | 100028 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>American Express Bank, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 3, Payment 0.06635% | | 7100-900 | | 18.22 | 5.49 |
| 12/10/13 | 100029 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET<br>CHICAGO, IL 60604<br>Attn:  Fiscal Department | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #        DIVIDEND<br>===============================<br>3          2           2.81<br>5          4           0.10<br>12         11          2.58 | | <br><br><br><br>7100-901<br>7100-901<br>7100-901 | | 5.49 | 0.00 |

|  | | COLUMN TOTALS | 12,273.56 | 12,273.56 | 0.00 |
|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | 12,273.56 | 0.00 | |
| | | Subtotal | 0.00 | 12,273.56 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 12,273.56 | |

Page Subtotals          0.00          23.71

Ver: 17.05

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2                                                                                   Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:              09-49149  -CAD                          Trustee Name:      THOMAS E. SPRINGER, TRUSTEE
Case Name:       REINTS, JOHN V.                              Bank Name:         BANK OF AMERICA
                 REINTS, JANELLE C.                           Account Number / CD #:   *******0643  MONEY MARKET
Taxpayer ID No:  *******0546
For Period Ending: 03/11/14                                   Blanket Bond (per case limit):  $ 5,000,000.00
                                                              Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/10 | 17 | John V. Reints PE (Debtor) | Sale of estate's interest in | 1129-000 | 5,000.00 | | 5,000.00 |
| | | 1655 Hampton Course | 2005 Lexus pursuant to Order approving compromise | | | | |
| | | St. Charles, IL 60174 | entered 2/25/10 | | | | |
| 02/26/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 5,000.04 |
| 03/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,000.18 |
| 04/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,000.30 |
| 05/26/10 | 21 | Capital One Services, LLC | Settlement of preference pursuant | 1241-000 | 1,927.69 | | 6,927.99 |
| | | PO Box 85508 | to Order approving compromise entered 8/19/10 | | | | |
| | | Richmond, VA 23285-5508 | | | | | |
| 05/28/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 6,928.12 |
| 06/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,928.29 |
| 07/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,928.46 |
| 08/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,928.64 |
| 09/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,928.81 |
| 10/29/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,928.99 |
| 11/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,929.16 |
| 12/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,929.34 |
| 01/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,929.52 |
| 02/28/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,929.57 |
| 03/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,929.63 |
| 04/26/11 | 000100 | INTERNATIONAL SURETIES, LTD. | Portion on Blanket Bond #016026455 | 2300-000 | | 5.75 | 6,923.88 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/29/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,923.94 |
| 05/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,924.00 |
| 06/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,924.06 |
| 07/29/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,924.12 |

Page Subtotals              6,929.87          5.75

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 09-49149  -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REINTS, JOHN V. | | Bank Name: | BANK OF AMERICA |
| | REINTS, JANELLE C. | | Account Number / CD #: | *******0643  MONEY MARKET |
| Taxpayer ID No: | *******0546 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,924.18 |
| 09/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,924.24 |
| 10/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,924.30 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.82 | 6,915.48 |
| 11/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,915.54 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.53 | 6,907.01 |
| 12/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,907.07 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.52 | 6,898.55 |
| 01/17/12 | 22 | Bank OPS Offcial Check | Settlement of adversary | 1241-000 | 5,500.00 | | 12,398.55 |
| | | PO Box 169 | pursuant to Order approving compromise entered | | | | |
| | | Clifton Heights, PA  19018 | 1/5/12 | | | | |
| 01/31/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 12,398.63 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.75 | 12,386.88 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 6.86 | 12,380.02 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/29/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,380.12 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.72 | 12,365.40 |
| 03/30/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,365.50 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.20 | 12,350.30 |
| 04/30/12 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 12,350.40 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.69 | 12,334.71 |
| 05/31/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,334.81 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.67 | 12,319.14 |
| 06/29/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,319.24 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.64 | 12,304.60 |
| 07/31/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,304.71 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.14 | 12,288.57 |

Page Subtotals        5,500.99        136.54

Ver: 17.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    8

Exhibit 9

| | |
|---|---|
| Case No: | 09-49149 -CAD |
| Case Name: | REINTS, JOHN V. |
| | REINTS, JANELLE C. |
| Taxpayer ID No: | *******0546 |
| For Period Ending: | 03/11/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0643  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 12,288.67 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 15.11 | 12,273.56 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 12,273.56 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 12,430.96 | 12,430.96 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 12,273.56 | |
| Subtotal | 12,430.96 | 157.40 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,430.96 | 157.40 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - ********9338 | 0.00 | 12,273.56 | 0.00 |
| MONEY MARKET - ********0643 | 12,430.96 | 157.40 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 12,430.96 | 12,430.96 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.10            12,288.67

Ver: 17.05